## Commonwealth *v.* Jester, Appellant.

710

Submitted April 14, 1970. *Joseph L. Hoffmann,* for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.